

# Milbank

**GRANT R. MAINLAND**

*Partner*

55 Hudson Yards  |  New York, NY 10001

T: +1 (212) 530-5251

GMainland@milbank.com  |  milbank.com

April 13, 2026

**By Electronic Filing**

Molly Dwyer
Clerk of Court
U.S. Court of Appeals for the Ninth Circuit
James R. Browning Courthouse
95 Seventh Street
San Francisco, CA 94103

> **Re:** *Blue Lake Rancheria, et al. v. Kalshi, Inc., et al.*, **No. 25-07504**
> **FRAP 28(j) Letter**

Dear Ms. Dwyer:

Defendants Kalshi Inc. and KalshiEX LLC (together, "Kalshi") write to advise the Court of a recent District of Arizona decision granting the Commodity Futures Trading Commission ("CFTC") a temporary restraining order prohibiting any state enforcement efforts, criminal or civil, against CFTC-regulated designated contract markets ("DCMs") on the grounds that state gambling laws are preempted as applied to transactions on DCMs.

This decision directly bears on whether the Commodity Exchange Act's grant of exclusive jurisdiction to the CFTC leaves any room for state or tribal regulation of trading on DCMs, whether pursuant to IGRA or tribal ordinance. *See, e.g.*, Dkt. 43.1 at 40-41.

A copy of the District of Arizona's opinion is attached as Exhibit 1.

Respectfully submitted,

*/s/ Grant R. Mainland*
 Grant R. Mainland

*Counsel for Appellees Kalshi Inc. and KalshiEX LLC*

MILBANK LLP

NEW YORK | LOS ANGELES | WASHINGTON, D.C. | SÃO PAULO | FRANKFURT
LONDON | MUNICH | HONG KONG | SEOUL | SINGAPORE | TOKYO

2

cc:     All Counsel (via ECF)

         Word Count: 115