No. 25-7504

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

BLUE LAKE RANCHERIA, CHICKEN RANCH RANCHERIA OF
ME-WUK INDIANS, and PICAYUNE RANCHERIA OF THE
CHUKCHANSI INDIANS

Appellants/Plaintiffs,

v.

KALSHI INC., KALSHIEX LLC, ROBINHOOD MARKETS, INC.,
ROBINHOOD DERIVATIVES LLC, and DOES 1-20,

Appellees/Defendants.

On Appeal from the United States District Court
for the Northern District of California
No. 25-cv-06162-JSC
Hon. Jacqueline Scott Corley

APPELLANTS' MOTION FOR THIS APPEAL TO BE HEARD BY
THE SAME PANEL THAT HEARD NORTH AMERICAN
DERIVATIVES EXCHANGE, INC. V. STATE OF NEVADA, ET
AL., NO. 25-7187

LESTER J. MARSTON
California State Bar No. 081030
THE LAW OFFICES OF RAPPORT AND MARSTON
AN ASSOCIATION OF SOLE PRACTITIONERS
405 West Perkins Street
Ukiah, California 95482
Telephone: 707-462-6846
Facsimile: 707-462-4235
Email: ljmarston@rmlawoffice.net

*Attorney for Appellants*
*Blue Lake Rancheria, Chicken Ranch*
*Rancheria Of Me-Wuk Indians, And Picayune*
*Rancheria Of The Chukchansi Indians*

Appellants Blue Lake Rancheria, et al., respectfully move for an order assigning this appeal to the same three-judge panel that heard oral argument in *North American Derivatives* in the United States Court of Appeals for the Ninth Circuit on April 16, 2026. This appeal, *Blue Lake Rancheria, et al. v. Kalshi, Inc.*, et al., No. 25-7504 ("*Blue Lake*"), concerns the regulation of event-based contracts under the Commodity Exchange Act, including the scope of federal authority and the relationship among federal, state, and tribal regulatory regimes affecting the offering of such contracts in connection with tribal lands and tribal regulatory authority.

In *North American Derivatives Exchange, Inc. v. State of Nevada, et al.*, No. 25-7187 ("*North American Derivatives*"), the parties addressed issues concerning the regulation of event-based contracts under the Commodity Exchange Act and the applicable statutory and regulatory framework governing such products. Oral argument in *North American Derivatives* was held on April 16, 2026, before a three-judge panel consisting of Circuit Judges Nelson, Bade, and Lee.

This appeal and the Nevada appeal present substantially overlapping legal questions concerning the regulation of event-based contracts under the Commodity Exchange Act, and the interaction between federal regulatory authority, state law, and tribal sovereignty and regulatory authority. Assignment of this appeal to the same panel would promote judicial economy, conserve judicial resources, and facilitate efficient resolution of related legal issues. The panel that heard oral

1

argument in the *North American Derivatives* appeal has invested significant time reviewing the relevant statutory schemes, regulatory structures, and governing precedent interpreting the Commodity Exchange Act. Assigning this appeal to the same panel would allow the Court to leverage that existing familiarity and avoid requiring a separate panel to duplicate review of complex statutory and regulatory issues.

This Court regularly assigns related appeals to the same panel without consolidating them for other purposes. *See, e.g., Abhyanker v. U.S. Pat. & Trademark Off.*, No. 25-3362 (9th Cir. Nov. 7, 2025) (Dkt. 27); *Dam v. Waldron*, No. 25-2459 (9th Cir. June 24, 2025) (Dkt. 14). Appellants do not seek consolidation of the appeals. Rather, Appellants request only that the same panel consider both matters independently in light of their substantial overlap in governing law and legal questions.

## CONCLUSION

For the foregoing reasons, Appellants respectfully request that this Court assign this appeal, *Blue Lake*, to the same three-judge panel that heard oral argument in *North American Derivatives*.

Dated: April 30, 2026              Respectfully Submitted,

By:   /s/ *Lester J. Marston*
      LESTER J. MARSTON
      California State Bar No. 081030
      THE LAW OFFICES OF RAPPORT AND MARSTON

2

AN ASSOCIATION OF SOLE PRACTITIONERS
405 West Perkins Street
Ukiah, California 95482
Telephone: 707-462-6846
Facsimile: 707-462-4235
Email: ljmarston@rmlawoffice.net

*Attorney for Appellants*
*Blue Lake Rancheria, Chicken Ranch Rancheria Of Me-Wuk Indians, And Picayune Rancheria Of The Chukchansi Indians*

3

## CERTIFICATE OF SERVICE

I am employed in the County of Mendocino, State of California. I am over the age of 18 years and not a party to the within action; my business address is that of Rapport & Marston, 405 West Perkins Street, Ukiah, California 95482.

I hereby certify that I electronically filed the foregoing document(s):

APPELLANTS' MOTION FOR THIS APPEAL TO BE HEARD BY THE SAME PANEL THAT HEARD NORTH AMERICAN DERIVATIVES EXCHANGE, INC. V. STATE OF NEVADA, ET AL., NO. 25-7187

with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the Appellate Electronic Filing system on March 30, 2026, which generated and transmitted a notice of electronic filing to Appellate Electronic Filing system registrants.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct; executed on April 30, 2026, at Ukiah, California.

*/s/ Ericka Duncan*
ERICKA DUNCAN