

# Milbank

**GRANT R. MAINLAND**

*Partner*

55 Hudson Yards | New York, NY 10001

T: +1 (212) 530-5251

GMainland@milbank.com | milbank.com

May 4, 2026

**By Electronic Filing**

Molly Dwyer
Clerk of Court
U.S. Court of Appeals for the Ninth Circuit
James R. Browning Courthouse
95 Seventh Street
San Francisco, CA 94103

> **Re:** ***Blue Lake Rancheria, et al. v. Kalshi, Inc., et al.*, No. 25-07504**
> **FRAP 28(j) Letter**
> **Oral Argument: July 10, 2026**

Dear Ms. Dwyer:

Defendants Kalshi Inc. and KalshiEX LLC (together, "Kalshi") write to advise the Court of a recent Tenth Circuit decision that supports affirmance.

In *Comanche Nation v. Ware*, No. 24-6221, 2026 WL 1074239 (10th Cir. Apr. 21, 2026), the Comanche Nation brought suit under the Indian Gaming Regulatory Act ("IGRA") against officials of the Fort Sill Apache Tribe ("Tribe") in their official capacity, alleging the Tribe was engaged in class III gaming activity on Indian lands in violation of the Tribe's compact with Oklahoma. Focusing on the statute's "plain language," the Tenth Circuit analyzed the four prerequisites for bringing a claim under 25 U.S.C. § 2710(d)(7)(A)(ii): that a suit be "(1) initiated by a State or Indian tribe, (2) to enjoin a class III gaming activity, (3) located on Indian lands, and (4) conducted in violation of any Tribal-State compact . . . that is in effect." 2026 WL 1074239, at *5. Analyzing the fourth requirement, the court examined a specific provision of the Tribe's compact prohibiting the Tribe from operating gaming enterprises outside the Tribe's lands. *Id.* at *6. The court concluded that the compact-violation element had been adequately pled because the Tribe was accused of operating gaming enterprises "not on its own lands." *Id.* at *7.

*Comanche Nation* directly bears on Kalshi's argument that Plaintiffs have failed to assert a cause of action under IGRA because they have not alleged a violation of a tribal-state compact (or

MILBANK LLP

NEW YORK | LOS ANGELES | WASHINGTON, D.C. | SÃO PAULO | FRANKFURT
LONDON | MUNICH | HONG KONG | SEOUL | SINGAPORE | TOKYO

secretarial procedures). *See* Dkt. 43.1 at 23-35. The Tenth Circuit examined whether the Complaint alleged violation of a specific provision of the compact, *id.* at *6-7, consistent with the district court's holding below that Plaintiffs' compact and procedures "do not mention what companies like Kalshi can do," and do not prohibit Kalshi's conduct. *Blue Lake Rancheria v. Kalshi Inc.*, 2025 WL 3141202, at *5 (N.D. Cal. Nov. 10, 2025).

Respectfully submitted,

/s/ Grant R. Mainland

 Grant R. Mainland

*Counsel for Appellees Kalshi Inc. and KalshiEX LLC*

cc:     All Counsel (via ECF)
        Word Count: 307

2