UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 6 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BLUE LAKE RANCHERIA; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> KALSHI, INC.; et al., <br><br> Defendants - Appellees. | No. 25-7504 <br><br> D.C. No. <br> 3:25-cv-06162-JSC <br> Northern District of California, <br> San Francisco <br><br> ORDER |

Due to significant differences between this appeal and *North American Derivatives Exchange, Inc. v. State of Nevada*, No. 25-7187, the motion to reassign this appeal to the panel that heard argument in that appeal (Dkt. No. 62) is DENIED.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT