UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 26 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

BLUE LAKE RANCHERIA; et al.,

      Plaintiffs - Appellants,

 v.

KALSHI, INC.; et al.,

      Defendants - Appellees.

No. 25-7504

D.C. No.
3:25-cv-06162-JSC
Northern District of California,
San Francisco

ORDER

The parties are requested to be prepared to address at oral argument the impact of the IGRA gaming ordinances enacted by Blue Lake Rancheria, Chicken Ranch Rancheria of Me-Wuk Indians, and Picayune Rancheria of the Chukchansi Indians on this court's interpretation of 25 U.S.C. § 2710(d)(7)(A)(ii).

                        FOR THE COURT:

                        MOLLY C. DWYER
                        CLERK OF COURT